IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00188-WYD-MJW

KRISTAL MARTINEZ,

    Plaintiff,

v.

ARBY'S ROAST BEEF RESTAURANT;
THE BAILEY COMPANY; and
DOES 1-5,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice (ECF No. 13).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 13) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated: May 23, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE